UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON



UNITED STATES OF AMERICA

v.  CRIMINAL NO. 2:14-00112
    26 U.S.C. § 7202

ALVIS R. PORTER

# I N F O R M A T I O N

The United States Attorney Charges:

1. At all relevant times, Defendant ALVIS R. PORTER owned and operated Quality Oil, Inc. ("Quality Oil"), doing business as Southern Construction of Logan ("Southern Construction"), a West Virginia corporation that provided construction services to a subsidiary of Arch Coal, Inc., who owned and operated the Mountain Laurel Mining Complex at or near Sharples, Logan County, West Virginia.

2. During the second half of the calendar year 2012 and the full calendar year of 2013, Defendant ALVIS R. PORTER employed a person known to the United States Attorney ("Known Person Two") at the Mountain Laurel Mining Complex who worked as a foreman supervising a slate dump and excavation projects.

3. From on or about January 2013, through and until March 2013, within the Southern District of West Virginia, defendant ALVIS R. PORTER willfully failed to collect, truthfully account for, and pay over to the Internal Revenue Service trust fund taxes totaling approximately $3,464.12, from the total taxable wages of Known Person Two, for the first quarter of 2013, ending March 31, 2013.

In violation of Title 26, United States Code, Section 7202.

UNITED STATES OF AMERICA

R. BOOTH GOODWIN II
United States Attorney

By: _____
MEREDITH GEORGE THOMAS
Assistant United States Attorney

By: _____
THOMAS C. RYAN
Assistant United States Attorney