# EXHIBIT A

August 28, 2014

The Honorable Thomas Johnston, Judge
US District Court
Federal Court House
Charleston, WV 25301

Dear Honorable Judge Thomas Johnston,

This letter is in regard to our testimony of the character of Alvis Porter, Sr. Alvis and his family have been our personal and close friends for over 20 years. I, Larry, have also had business relations with Alvis's company throughout the years. Alvis and his family have been a blessing to us. He has always proved to be of unquestionable integrity and a man with a sincere and loving heart. We have witnessed, on numerous occasions, his love and generosity to the people of this community. Through his company, he has performed many services to the local people and churches in this area. Alvis has told me on several occasions that he does not feel right charging the churches for the work he performs since he believes God has blessed him so much. He therefore will not charge them for the work performed, even though it is quite substantial at times. He loves his family, and he and his wife have instilled kind, loving and loyal characteristics in their two sons. His eldest son is a Baptist preacher and his younger son worked for him daily. They are two splendid young men.

We pray to God that Alvis will find favor in your eyes. The power you have to affect peoples' lives is quite enormous. Alvis and I, Larry, are the same age and share many of the same health issues. We, thus, know how important your decision will be on the rest of his and his family's lives.

We thus pray that you will have mercy on this family that they may put this behind them and continue to be a blessing to all those around them.

With due respect,

Larry and Yvonne Mauk
P.O. Box 277
Pecks Mill, WV 25547

GROUP EX.A

*Lois Ann Nelson*
*P.O. Box 44*
*Wilkinson, WV 25653*
*304-946-2033*

August 29, 2014

Honorable Judge Thomas E. Johnston
United States District Court
Federal Court House
P.O. Box 2546
Charleston, WV 25629

Dear Honorable Judge Johnston:

My name is Lois Nelson, and I have known Mr. Alvis R. Porter for more than twenty years. I am employed in Logan County, and I hold a position in public service. Also, I have been a member since 1979, of Hillcrest Freewill Baptist Chapel, located at Micco, West Virginia.

I have always known Mr. Porter to be a truthful, hardworking family man. He has always presented himself as a very kind-hearted, moral gentleman. Mr. Porter often exhibits empathy and benevolence for those less fortunate.

My daughter, Stacy Nelson, is a teacher for Logan County Schools. Last year, she had a student in her class whose family was indigent. When Christmas arrived, the student's grandmother was very distraught over not being able to provide Christmas gifts to him and his younger siblings. Once Mr. Porter learned of this situation, he presented my daughter with a generous amount to buy shoes, clothing, and toys for her student and his siblings. The grandmother stated that it turned out to be the best Christmas for her grandchildren. Mr. Porter did this for the family anonymously and for no other reason than his great generosity to others. This is one of many examples of Mr. Porter's goodwill toward others that I have witnessed. He relishes in giving to those in need, and he gives with a cheerful heart. Mr. Porter has never been one to present himself as better than others, and he has always proven to be friendly, generous, and kind toward his fellow man.

Your Honorable Judge Johnston, I plead that you take into consideration the goodness of Mr. Porter and the caring, compassionate, kindhearted man that he is and implore this testimony for him moves your heart to show him mercy.

Sincerely yours,

Lois Ann Nelson

August 27, 2014

Honorable Thomas Johnston,

Alvis Porter is someone this family has known since the mid 80's it has been our privilege to know him and his family. He has always been there for us when we have went through a crisis or lost of a family member not only us but the community here as well. Wither it had been a flood or fire or whatever we have seen him offer to help regardless. Since the passing of my husband in 2011 he has always checked with me to make sure I am alright and have need of anything. I would not trade knowing Alvis or his family for anything because in this world there is fewer people seems like that you can say you are better off for knowing and he is one of them. I can say has been a blessing to me and my family.

Thank You,

PO Box 524
Holden, WV 25625

Anna Copley

# FIRST BAPTIST CHURCH of McCONNELL
## 342 McCONNELL ROAD
## P. O. BOX 816
## STOLLINGS, WEST VIRGINIA 25646

DATE: WEDNESDAY, AUGUST 27, 2014

HONORABLE JUDGE THOMAS JOHNSTON
UNITED STATES DISTRICT COURT
FEDERAL COURT HOUSE
P. O. BOX 2546
CHARLESTON, WEST VIRGINIA 25629

DEAR SIR:

I AM WRITING THIS LETTER ON BEHALF OF MR. ALVIS PORTER, SR. OF HOLDEN, WEST VIRGINIA. I HAVE KNOWN MR. PORTER FOR OVER THIRTY-FIVE YEARS AS A FRIEND AND AS A PUBLIC SERVANT. IN MY ASSOCIATION WITH MR. PORTER, I HAVE FOUND HIM TO BE A BENEVOLENT AND CARING INDIVIDUAL. ON ONE PARTICULAR OCCASION, MR. PORTER GAVE MY WIFE MONEY TO ASSIST A YOUNG LADY THAT WAS MY DAUGHTER'S FRIEND (JENNY MESSER). THIS YOUNG LADIES FATHER (HERBERT MESSER) WAS HOMELESS. MR. PORTER PAID TO ASSIST HIM WITH LODGING (ARACOMA HOTEL) AND THEN FOUND HIM A TRAILER TO LIVE IN; HE BROUGHT MR. MESSER FOOD AND CLOTHING. MR. PORTER TOOK MR. MESSER TO OHIO WHEN HE WAS DIAGNOSED WITH BRAIN CANCER TO HIS WIFE WHO CARED FOR HIM UNTIL HIS DEATH. AS YOU SEE FROM THIS STORY AND OTHERS LIKE IT, MR. PORTER HAS SERVED THE PEOPLE OF LOGAN COUNTY IN MORE WAYS THAN FROM AN OFFICE. HIS FAMILY HAS A WELL-ESTABLISHED NAME IN THE LOGAN COMMUNITY AND HIS CHILDREN ARE MORAL AND OUTSTANDING LEADERS OF THEIR CHURCHES AND FAMILIES. IN MY OPINION, MR. PORTER'S SERVICE TO LOGAN COUNTY IS EXEMPLARY AND NOBLE.

THANK YOU FOR YOUR CONSIDERATION IN THIS MATTER.

SINCERELY,

PASTOR JOHN E. GODBY

DEDICATED TO SAVING THE YOUTH OF LOGAN COUNTY

To the Honorable Judge Thomas Johnston
U.S. District Court
Federal Court house
Charleston, WV.

First of all, Alvis is a good man, I have known him for many years. He is a quite man and listens to everyone who talks to him.

When the floor in our church was in bad need of repair and the church didn't have the money to fix it, Alvis heard about it, and he replaced the floor, without being asked. Last year the church was flooded when the creek overflowed her banks, Alvis helped with the clean up. And not only that but he helped a lot of people when they was in need. He has always been a family man and took care of his mother until her death.

At sometime in our lives, we make bad decisions and regret it but that should not condemn us. There are a few cases that deserve mercy and this is one them.

Let him that is without sin, cast the first stone.

Elder Larry Davis
18 Mud Fork Church
called
United Baptist

Roger Gertz
28 Merrill Street
Logan, West Virginia  25601
August 27, 2014


The Honorable Thomas Johnston, Judge
US District Court
Federal Courthouse
Charleston, West Virginia

Dear Sir

I am writing this character reference on behalf of Alvis Porter.  I have known Mr. Porter for
nearly forty years.  I am currently the head baseball coach at Logan High School and have held
this position for forty years.  I was a teacher at Logan High School for the same number of years
and the Athletic Director for twenty years.  I retired from my teaching and Athletic Director
positions last year but continue to be the head baseball coach.

As the Athletic Director and the baseball coach I have had to reach out to many people in our
community to help in the development of our facilities.  Mr. Porter has been one that has helped
us many times with various projects.  Never has there been a time when asked that he refused to
render his support.

We have renovated or added to our baseball facility on numerous occasions.  On such time Mr.
Porter let us use an End Loader that was very helpful in moving material at the field.  We had
this piece of equipment for several months.  He has donated a Hydro Seeder on several occasions
that we have used to over seed our baseball and football field.  He has supported our annual
baseball spaghetti dinner by purchasing dinners for his employees.  I do not know the details of
the crimes that Mr. Porter is being accused, but I do know that he has been a very big help to our
baseball program as well as to the Little League programs in our area.

Sincerely

Roger Gertz

Roger Gertz
Baseball Coach
Logan High School

To: The Honorable Judge Thomas Johnston
US District Court
Federal Courthouse
Charleston, WV 25302

My name is Randy Curry. I am 55 years old and have been the Scoutmaster of Troop 58, located in Verdunville, WV for 30 years.

I have known Alvis Porter my entire life. He has been a blessing to our troop. In 2001 we began construction of building a scout hall. Alvis donated a heat and air system to the troop. In 2012 the scout hall got flooded; the troop lost almost all of our supplies – tents, cooking supplies etc. Alvis helped us replenish our supplies we needed to keep the troop going.

Troop 58 has an average of 30 Boy Scouts and 25 Cub Scouts. Throughout the years Alvis has helped pay for boys summer camp who could not afford it.

In my 30 years as Scoutmaster I have had approximately 1000 Boy Scouts and 20 Eagle Scouts. Avis Porter has been a significant part of our troop helping these young men become productive citizens.

Randy Curry

Troop 58 Scoutmaster
304-752-2539

JULIE A. PROPST
P O BOX 147
OMAR WV 25638

August 27, 2014

Honorable Judge Thomas Johnston
Federal Courthouse
Charleston, West Virginia 25301

Dear Honorable Judge Johnston:

I am writing this letter concerning Mr. Alvis Porter. Mr. Porter (Alvis) was my boss when I started my job at the Logan County Courthouse almost thirty (30) years ago. He was the County Administrator of the Logan County Commission. He always treated me with respect and kindness as I performed my job duties under his direction. He was a very good and effective boss. He took care of daily tasks involved in running the courthouse for the people of Logan County.

Alvis treated all his employees the same on a daily basis. He also treated the citizens of Logan County very well. He was always very diligent at accomplishing various projects on behalf of the County Commission and always willing to help every person that came in to our office or inquired about a concern they had. He was hard working and did his job well.

Alvis was a friend to many people of Logan County, not only while working but in his private life, as well. I attended church with Alvis and his wife, Nikki, at New Life Freewill Baptist Church at Rossmore, WV. He has two wonderful children that he influenced to care for others that they may come to know in life. His oldest son was the minister there at that time. Later Alvis' son took on another church in Whitman, WV, becoming the full time pastor. I have nothing but good memories of all our fellowship together at both churches. His youngest son is a hard-working, family man that works hard to provide for his family.

I pray for him and his family and hope that you will take into consideration the good person he is and has always been towards me, as well as the citizens of Logan County when making your decision in regards to Alvis.

Very truly yours,

Julie A. Propst



## Twenty Whitman Community Church

BOX 101
Whitman, WV 25652
(304) 239-3636



### Welcome to the Caring Church!

To Whom it may concern:

I have been acquainted with Alvis Porter for more than thirty years. Alvis does not attend the church where I pastor. But he has been someone who has been willing to help people any way that he can especially the less fortunate.

Long before this problem that he is faced with now, if he had a piece of equipment that you needed to do a project around the church or your home he would let you use it at no charge.

I once used his backhoe for more than a week at no charge. He gave me a 48" drain pipe for a road the drain pipe was used and bent but it meet the need this was probably 15 years ago. I am sure he has helped others as well.

**Joaquine Ooten, Pastor**
http://www.20whitmancommunitychurch.com

Thanks, you
Pastor
Joaquine Ooten

The Honorable Judge Thomas Johnston
United States District Court
Federal Courthouse
Charleston, W.V.

My name is Steven Burnette, former Treasurer of Holden Little League and current President of Cal Ripken Baseball and current Commissioner of Logan Cowboys Midget Football League. I have been friends with Alvis Porter and the Porter family for at least 25 years. Alvis Porter has always been active in keeping the youth of Logan County through monetary donations; such as sponsoring teams and buying equipment throughout the years to help improve our facilities for the youth. When called or asked upon, Alvis Porter always would come through for our youth. He would even donate his own personal equipment to get our field in shape.

During this time, we were able to have one of the best baseball fields and concession stands in Logan County.

Alvis Porter and I may not be family; however, Alvis and his family have always

been good to own sons. ... ... ... ...
and each one of them thinks highly of the
Porter family.

Alvis Porter is not one to boast about
his donations to our league. Most of the
donations were done without a great deal
of people knowing. He didn't want to be
recognized for what he did for our
youth. He was just happy that he could
help.

Thank you for taking the time to read my
letter.

Sincerely,

Steven Burnette



# INTERNATIONAL INDUSTRIES, INC.
P.O. BOX 1210 • GILBERT, WV 25621 • (304) 664-3227 • FAX (304) 664-8194

August 19, 2014

The Honorable Thomas E. Johnston, Judge
United States District Court
Southern District of West Virginia
6610 Robert C. Byrd United States Courthouse
Charleston WV 25301

Dear Judge Johnston:

I have been asked to write a letter of support for my friend, Alvis Porter. I have known Alvis for over 20 years in my position as the Executive Secretary for International Industries, Inc.

Alvis operates a company which did contract work for International Industries. Over the years we worked on community projects together and I always found him to be a very personable, honorable and community minded person. He was always willing to help with the needs of the elderly and youth in the area and was very supportive of the Larry Joe Harless Community Center of which I am the President.

Family is very important to Alvis. He is a loving father and grandfather. We have had many conversations about our grandchildren and it was obvious he enjoyed spending time with them.

I hope you will take into consideration his lifetime of hard work. He has provided employment to many in this area and it is my hope he will be able to keep those companies and its employees working.

Yours truly,

INTERNATIONAL INDUSTRIES, INC.

Sharon Murphy, Executive Secretary

# Verdunville Church of God

331 George Kostas Dr.
#329
Logan, WV 25601
Email: vcog@me.com

August 29, 2014

To: The Honorable Judge Thomas Johnston,
United States District Court Federal Courthouse
Charleston, West Virginia

I am writing this letter in behalf of Alvis Porter, P. O. Box 500 Holden, West Virginia. I have known Mr. Porter for most part of the 24 years since moving here to Logan County from Mercer County.

During these years our paths have crossed on different occasions, such as funerals and the well-known flood disasters that frequent Logan County.

In all cases and circumstances I have observed Mr. Porter to be concerned and compassionate in all circumstances. When my own community here at Verdunville, West Virginia experience a devastating flood several years ago leaving many homeless and hungry our Church was spared; not a drop of water entered the facility.

We were able to serve as a Disaster Center serving thousands of hot meals and distributing much need supplies, in saying that Mr. Porter was one of the first of the county to come and offer financial assistance and any other assistance to help see the community got what it needed until the National Guard and Red Cross could get here to assist us.

So any consideration you could show Mr. Porter I am confident he could help a lot people in this county get back on the right track here in Logan County if you find it best to grant him some mercy in this which he faces.

Honorable Judge Thomas, thank you for taking time to read this letter, I pray God gives you continued wisdom in the many cases and decisions you face in your day to day calling.

Respectfully Yours,

Bishop Michael C Hartwell, Senior Pastor
Verdunville Church of God

August 28, 2014

Honorable Judge Thomas Johnston,

First, I would like to thank you for taking the time to read my letter. I know that your time is valuable and I think that it is important to let you know the true character of Alvis Porter before making your difficult decision.

Alvis hired me in the Logan Circuit Clerks Office when I was only 19 years old. I am truly grateful to be there still today. I have now had the pleasure of knowing Alvis for 22 years. He is a man that I respect very much, a man of integrity. He always has a smile and a kind word for everyone. Alvis taught me and my co-workers to respect, to be helpful, kind, and courteous to our customers as well as to each other. For this I am thankful because these are the same qualities we received from him as a boss and a friend.

Alvis is one of the most kind, generous, and thoughtful people I've ever known. During the 22 years I have known him, whether it is in the office or in the community, people always say to me "I know Alvis, he is a really great person and a good family man." or "I don't know him personally but I've heard he is nice and always helping someone." This is why I wanted to write this letter because Alvis truly is a good person. I am blessed to know him.

Thank you once again for your time and giving me this opportunity. I pray that this letter may help make your decision a little easier.

Sincerely,

Lisa D. Mullins

Lisa D. Mullins

TO: The Honorable Judge Johnston
U.S. District Court
Federal Court House
Charleston, West Virginia

August 18, 2014

SUBJECT: Character Reference

Your Honor,

My name is Clifford L. Collins, I am a retired First Sergeant from the United States Army with over twenty years of service to our great nation. I am a Gospel preacher, and also a neighbor and close friend to Mr Alvis Porter of Holden, West Virginia. I have known Alvis for more than seventeen years, and I've always considered him to be an honorable man.

During this time I have observed Mr Porter as he functioned as a husband, a father, and a grandfather, not to mention the fact that he, at the same time, was always ready to step in and give assistance to his neighbors and friends whenever and where ever he was needed. I have also noticed his actions since his recent trouble with the law, and have witnessed a truly remorseful individual. Mr Porter is very humbled, embarrassed, and I believe with all my heart that he is deeply hurt by the situation he finds himself in. He is a man who has worked very hard for as long as I have known him. He is a very good and family oriented man. He and his wife have raised two wonderful and highly respected sons.

In closing Your Honor, I wish first of all to thank you for allowing me to present this letter for your consideration. Secondly, my prayer is that you would take into consideration all the things that I have spoken in this communication as you make your decision on the punishment of Mr Porter. My hope is of course, that you may either expunge his sentence altogether, or that you find it in your heart to issue a minimum sentence.

Thanking you in advance, I am Clifford L. Collins, and if I may be of further assistance, you may reach me at (304) 239-2657.

Clifford L. Collins
First Sergeant Retired
United States Army
P O Box 231
Holden, WV 25625

August 27, 2014

Honorable Thomas Johnston, Judge

## ALVIS PORTER

My name is Richard Darnell and I am writing on behalf of Alvis Porter. I know Mr. Porter through my work as Project Coordinator at a local coal company and his ownership of Southern Construction of Logan. I have known Mr. Porter for a total of 20 years.

Throughout our relationship Mr. Porter and I have worked through many projects and he demonstrated professional conduct by competitively bidding and performing all contractual requirements in a safe and timely manner. I was always personally satisfied with the progress and end result of the projects awarded to Southern Construction. Mr. Porter's professional conduct is evident by the safety consciousness and environmental awareness of the work crews.

I feel that any actions Mr. Porter took that was illegal in nature was only for his concern for the well-being of the employees of his company considering these are hard economic times. In closing, I would like to thank you for taking the time to consider my opinions concerning Mr. Alvis Porter.

Sincerely

*Richard Darnell* 8-27-14

Richard Darnell

August 30, 2014

Honorable Judge Thomas E. Johnston
United States District Court
Federal Court House
P.O. Box 2546
Charleston, WV 25629


Dear Honorable Judge Johnston,

My name is Rev. Jason May.  I am a member and ordained minister of Hillcrest FWB Chapel in Micco, WV.  I am writing you on behalf of Mr. Alvis Porter, whom I have had the pleasure of knowing for a few years.

I was previously employed by Mr. Porter with Southern Construction.  At the time that I was hired for my position at this company, my family and I were struggling. Good jobs in this county are hard to find, and I reached out to Mr. Porter to see if there were any available positions with his company.  Mr. Porter without hesitation offered me a position, and by doing so, gave my family and I some relief from our burdens.

While working for Mr. Porter, I came to know him not only as an employer but as a friend.  He is compassionate, honest, and always puts the needs of others before his own.  He is a hardworking, family oriented man with strong family values.

Our lives should not be defined by one mistake made.  Our lives are defined by small and random acts of kindness that impact the lives of others.  He has truly impacted mine as well as so many others.

Your Honorable Judge Johnston, I pray that you consider this letter on behalf of Mr. Porter.  I hope that you find it in your heart to show him mercy, just as God Almighty showed us mercy by giving us His only begotten Son.

Sincerely,

Rev. Jason May
P.O. Box 329
Omar, WV 25638
304-946-6288

August 28, 2014

Penny Chafin
P. O. Box 192
Omar, WV 25638
304-946-2442

Honorable Thomas Johnston
Federal Courthouse
Charleston, WV 25301

Dear Honorable Judge Johnston:

I am writing this letter on behalf of my former boss, Alvis Porter, who is presently before you court. I am currently a deputy clerk at the Logan County Circuit Clerk Office and I was hired by Alvis in May of 1994. I have known Alvis both personally and professionally for a period of 20 years.

During the time I worked for Alvis, he was always a man of great character, and he always treated his employees in a respectful and equal manner. He was also this way with the people of the surrounding community. Alvis's demeanor, behavior trustworthiness, and standards were always outstanding in and out of the office. I could always go to him with any problem knowning it could be solved in a office-friendly professional approach. The environment of the office continues to run by his standard of rules and character.

I do believe Alvis is a man of exceptional and law abiding character. I am aware of his upcoming sentencing and I do sincerely believe that Alvis can overcome this obstacle with the potential to succeed and again become an asset to our society.

Thank you for your time regarding this matter. If you have any questions, please feel free to contact me.

Sincerely,

Penny Chafin

August 19, 2014

To Whom It May Concern:

It has been my pleasure to know Alvis Porter for more than thirty years.

During this time, I have served as President and coach of local youth athletics and have been involved with other Civic activities.

As with all non- profit organizations, unfunded needs often arise. Alvis was the first person I would contact and he always demonstrated great generosity, compassion and concern to see that those needs were met, using both his time and resources. His ongoing support has insured that all involved in county activities have had the necessary equipment to participate equally, whether it involved the youth or underprivileged of the county.

This, to me, reveals the real person of Alvis Porter and defines the core of his character.

Steven Browning

August 27, 2014

Honorable Thomas E. Johnston, Judge
Federal Court House
300 Virginia Street East
Charleston, WV 25301

Po Box 2546
Charleston, WV 25329

Dear Honorable Judge Thomas Johnston,

I am writing this character reference letter on behalf of Mr. Alvis Porter, who is scheduled to appear before your court. I have known and worked with Mr. Porter for over 28 years.

From 1984 to 2012, I was employed as a Deputy Clerk for the Logan County Circuit Court, Seventh Judicial Circuit, Logan, WV. I first became acquainted with Mr. Porter in 1986 when he assumed the duties of Logan County Circuit Clerk. Mr. Porter remained in that position until he retired in 2011.

During 25 of my 28 years as an employee of the Circuit Court, I had the opportunity and good fortune to work with Mr. Porter. During this period, Mr. Porter always showed care and concern for all of the employees of the Circuit Clerk's Office. I know him as a man of good moral character who showed a genuine interest in the welfare of anyone he came in contact with.

Mr. Porter was nothing but a wonderful boss. He would always try to accommodate me in times that I had family emergencies. He was always there to help me and my family in any way that he could. Most bosses wouldn't take the time out of their busy schedules to check on employees and their families, but Mr. Porter was different. He would call, concerned about my children and

ask if there was anything at all that he could do for me. He would make a way for someone to replace me at the office, so that I could be with my family in these emergency situations.

Your Honor, I would like you to know that I hold Mr. Porter in the highest regard. I believe that he is a caring family man who is held in high esteem throughout the community. He is a man with a wonderful heart and would do anything to help a person in need.

I would like to thank you for this opportunity to write this letter on his behalf. If you have any further questions, please don't hesitate to call me and I will try to answer them to the best of my ability.

Sincerely,

Rebecca Newsome

Rebecca L Newsome
Po Box 131
Omar, WV 25638
304-946-2938

# EXHIBIT B

### 2009 Summer Balance on
### Quality Oil Equipment

| | | | |
|---|---|---|---:|
| 700 J | Dozer | $ | 94,000.00 |
| CT 322 | Truck Loader | $ | 47,000.00 |
| 400 D | Truck | $ | 254,000.00 |
| 230 CL | Excavator | $ | 90,500.00 |
| 270 DL | Excavator | $ | 161,000.00 |
| 844 J | Loader | $ | 288,600.00 |
| 200 CL | Excavator | $ | 75,000.00 |
| 700 J | Dozer | $ | 152,000.00 |
| 650 DL | Excavator | $ | 525,000.00 |
| 850 J | Dozer | $ | 85,000.00 |
| 844 J | Loader | $ | 265,000.00 |
| 270 CL | Excavator | $ | 151,000.00 |
| 672 | Grader | $ | 196,500.00 |
| Western Truck and Trailer | | $ | 103,000.00 |
| 750 J | Dozer | $ | 190,000.00 |
| 300 D | Truck | $ | 281,720.00 |
| 400 D | Truck | $ | 417,000.00 |
| 400 D | Truck | $ | 490,000.00 |
| 400 D | Truck | $ | 239,000.00 |

|   |   |
|---|---:|
| Total | $4,105,320.00 |

Additional:
John Deere Articulated Truck
and Hitachi Excavator        $   490,600.00

**Total:**        **$4,595,920.00**

Ex·B

# EXHIBIT C



# NATIONAL INSTITUTE OF JUSTICE
# FIVE THINGS
## ABOUT DETERRENCE



## Deter would-be criminals by using scientific evidence about human behavior and perceptions about the costs, risks and rewards of crime.

1. The *certainty* of being caught is a vastly more powerful deterrent than the punishment.

   Research shows clearly: If criminals think there's only a slim chance they will be caught, the severity of punishment — even draconian punishment — is an ineffective deterrent to crime.

2. Sending an offender to prison isn't a very effective way to deter crime.

   Prisons are good for punishing criminals and keeping them off the street, but prison sentences are unlikely to deter future crime. Prisons actually may have the opposite effect: Inmates learn more effective crime strategies from each other, and time spent in prison may desensitize many to the threat of future imprisonment.

3. Police deter crime by increasing the perception that criminals will be caught and punished.

   The police deter crime when they do things that strengthen a criminal's perception of the certainty of being caught. Strategies that use the police as "sentinels," such as hot spots policing, are particularly effective.

4. Increasing the severity of punishment does little to deter crime.

   Laws and policies designed to deter crime are ineffective partly because criminals know little about the sanctions for specific crimes. Seeing a police officer with handcuffs and a radio is more likely to influence a criminal's behavior than passing a new law increasing penalties.

5. There is no proof that the death penalty deters criminals.

   According to the National Academy of Sciences, "Research on the deterrent effect of capital punishment is uninformative about whether capital punishment increases, decreases, or has no effect on homicide rates."

Source: Daniel Nagin, "Deterrence in the 21st Century," in *Crime and Justice in America: 1975-2025* (ed. Michael Tonry, University of Chicago Press, 2013).

Findings and conclusions of the research reported here are those of the authors and do not necessarily reflect the official position or policies of the U.S. Department of Justice.

Ex. C